IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONATHAN A. WALDEN,

     Petitioner,

v.

ELIZABETH A. WALDEN,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3972

Opinion filed March 9, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Stefani K. Nolan and Shachar D. Spiegel of Kenny Leigh & Associates, P.A.,
Jacksonville; and Brian P. North, Mary Esther, for Petitioner.

Christopher M. Taylor, Jacksonville, for Respondent.

PER CURIAM.

     DISMISSED. See Southern Bell Tel. & Tel. Co. v. Welden, 483 So.2d 487, 489

(Fla. 1st DCA 1986) ("[W]here the moving party's allegations raise a colorable

entitlement to rule 1.540(b)(3) relief, a formal evidentiary hearing on the motion, as

well as permissible discovery prior to the hearing, is required.").

ROWE, RAY and BILBREY, JJ., CONCUR.